IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY DEWAYNE GULLETT, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION 11-00095-CB-C |
| RICHARD WAUGH, et al., | : | |
| Defendants. | : | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** this 24th day of January, 2013.

s/*Charles R. Butler, Jr.*
SENIOR UNITED STATES DISTRICT JUDGE